# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2024-2121
LT Case No. 2022-CF-1226-A
<mark>CORRECTED</mark>

_____

Timothy Floyd,

    Petitioner,

v.

State of Florida,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Charlie Cofer, Public Defender, and Charles Simpson, Assistant Public Defender, Viera, for Petitioner.

No Appearance for Respondent.

August 23, 2024

Per Curiam.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the <mark>May 30, 2024</mark> judgment and sentence rendered in Case No. 2022-CF-1226-A, in the Circuit Court in and for Clay County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, LAMBERT, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____